IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Thomas J. Newman and Kelly M. Newman,<br><br>Plaintiffs,<br><br>vs.<br><br>Chase Bank USA, N.A., GC Services Limited Partnership, and Integrity Financial Partners, Inc.,<br><br>Defendants. | Case No: Case No. 4:10-cv-01527-TLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that this matter should be and is hereby dismissed with prejudice and forever ended, each party to pay its own fees and expenses.

IT IS SO STIPULATED.

WE SO STIPULATE:

HAYNSWORTH SINKLER BOYD, P.A.

By: _____
Robert Y. Knowlton
Post Office Box 11889
Columbia, South Carolina 29211-1889
803.779.3080 - phone
*Attorneys for Defendant Chase Bank USA, N.A.*

SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP

By: _____
Jerry T. Myers
4601 Six Forks Road, Suite 400
Raleigh, North Carolina 27609
919.250.2125
*Attorneys for Defendant GC Services Limited Partnership*

HAMILTON MARTENS & BALLOU, LLC

By: *signature*

Chad Vinson Echols
Hamilton Martens & Ballou, LLC
Post Office Box 10940
Rock Hill, South Carolina 29731
803.329.7672
*Attorneys for Defendant Integrity Financial Partners, Inc.*

HAYS CAULEY, P.C.

By: *signature*

Penny Hays Cauley
549 West Evans Street, Suite E
Florence, South Carolina 29501
843.665.1717 – phone
*Attorney for Plaintiffs*

Columbia: 1383932 v.1

2